ACCEPTED
03-15-00339-CV
5665284
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 4:58:30 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00339-CV

**IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 4:58:30 PM
JEFFREY D. KYLE
Clerk

**BEN MELTON,**

**APPELLANT,**

**v.**

**CU MEMEBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS, F.A., FIRST WESTERN TITLE CO., AND BOB MIMS,**

**APPELLEES.**

**Appeal from the 340th Judicial District Court
Tom Green County, Texas
Trial Court Case No. C130102
Hon. Jay Weatherby, presiding**

### NOTICE OF APPEARANCE OF COUNSEL FOR APPELLEES

TO THE HONORABLE COURT OF APPEALS:

Please take notice that the undersigned and the law firm of Mackie Wolf Zientz & Mann, P.C., hereby appear as counsel for Appellees CU Members Mortgage, a division of Colonial Savings, F.A. and First Western Title Co., and request all notices given or required to be given in this case, and all papers served or required to be served in this case, including, without limitation, notices and any

orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile or otherwise be served upon the undersigned attorney at the following address:

Mark D. Cronenwett
MACKIE WOLF ZIENTZ & MANN, P.C.
14160 N. Dallas Parkway, Suite 900
Dallas, Texas  75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686
mcronenwett@mwzmlaw.com

Respectfully submitted,

By: */s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
(214) 635-2650
(214) 635-2686 (Fax)

**ATTORNEYS FOR APPELLEES
CU Members Mortgage, a division of
Colonial Savings, F.A. and First
Western Title Co.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2015, a true and correct copy of the foregoing was served via the state electronic filing service to the counsel of record listed below:

James C. Mosser
Mosser Law PLLC
2805 Dallas Parkway, Suite 222
Plano, Texas  75093
courtdocuments@mosserlaw.com

Larry W. Bale
Hay, Wittenburg, Davis, Caldwell & Bale, LLP
P O Box 271
San Angelo, Texas  76902-0271
lwb@hwdcb.com

Gregory Sherwood
P O Box 200613
Austin, Texas  78720-0613
gsherwood@mail.com

/s/ Mark D. Cronenwett
**MARK D. CRONENWETT**